**Billy Eugene BOUSKA, Appellant,**

v.

**The STATE of Oklahoma, Appellee.**

**No. F–76–564.**

Court of Criminal Appeals of Oklahoma.

Feb. 23, 1977.

Don Anderson, Public Defender, for appellant.

Larry Derryberry, Atty. Gen., Robert L. McDonald, Asst. Atty. Gen., Eric Warner, Legal Intern, for appellee.

## MEMORANDUM OPINION

BLISS, Judge:

Appellant, Billy Eugene Bouska, hereinafter referred to as defendant, was charged, tried and convicted in the Oklahoma County District Court, Case No. CRF–74–4158, for the offense of Burglary in the Second Degree, After Former Conviction of a Felony, and he was sentenced to serve a term of imprisonment of thirty-five (35) years. From this judgment and sentence a timely appeal has been perfected to this Court.

A careful reading of the record, and a study of the brief, reveals no assignment of error which would justify modification or reversal. Therefore, pursuant to this Court's authority founded in 20 O.S.1971, § 49, we find the judgment and sentence should be, and hereby is, *AFFIRMED.*

BUSSEY, P. J., and BRETT, J., concur.